J. Christopher Jorgensen (SBN 5382)
E-mail:cjorgensen@lrrlaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
Fax: 702.949.8398

*Attorneys for Defendants Countrywide Home Loans,
Inc., Kumud Patel, Countrywide Financial Corp.,
Mortgage Electronic Registration Systems, Inc.,
Bank of America, N.A. and ReconTrust Company, N.A.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THORNE HUCK and YVONNE HUCK,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a New York corporation; KUMUD PATEL, individually; COUNTRYWIDE FINANCIAL CORP., a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a subsidiary of MERSCORP, INC., a Delaware corporation [MERS]; BANK OF AMERICA CORPORATION, N.A.; RECONTRUST COMPANY, N.A.; FIRST AMERICAN NATIONAL DEFAULT; FIRST AMERICAN TITLE, et al.,<br><br>Defendants. | Case: 3:09-cv-00553-JCM-VPC<br><br>**ORDER CANCELING LIS PENDENS** |

Defendants Countrywide Home Loans, Inc., Kumud Patel, Countrywide Financial Corp., Mortgage Electronic Registration Systems, Inc., Bank of America Corporation N.A. and ReconTrust Company, N.A. ("Defendants") filed a Motion for Order Canceling Lis Pendens on October 14, 2014 (Dkt. #50). Plaintiffs did not file any opposition.

The Court finds that Plaintiffs recorded a Notice of Lis Pendens ("Lis Pendens") on or about August 26, 2009, in the real property records maintained by the Churchill County Recorder. A copy of the Lis Pendens is attached hereto as Exhibit "A."

5061121_1

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged; and

2. IT IS FURTHER ORDERED that this Order Canceling Lis Pendens has the same effect as an expungement of the original Lis Pendens; and

3. IT IS FURTHER ORDERED that Defendants record a properly certified copy of this cancellation order in the real property records of Churchill County, Nevada, within a reasonable amount of time from the date of this order's issue.

DATED November 12, 2014.

By _____
UNITED STATES DISTRICT JUDGE

Submitted by:

LEWIS ROCA ROTHGERBER LLP

By: _____
J. CHRISTOPHER JORGENSEN
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
*Attorneys for Defendants Countrywide Home Loans, Inc., Kumud Patel, Countrywide Financial Corp., Mortgage Electronic Registration Systems, Inc., Bank of America, N.A. and ReconTrust Company, N.A.*

# EXHIBIT A

DOC # 409514

Conformed Copy
(Not Compared to Original)
08/26/2009   01:14 PM
Official Record
Recording requested By
RICK LAWTON

Churchill County - NV
Vicky Tripp - Recorder

FILED
2009 AUG 21 PM 1:52
KELLY G. HELTON
COUNTY CLERK
ERIKA ALEGRE
DEPUTY

Case No. 38112

Dept. No. 3

The undersigned declares that this Document does not contain any social security no.

IN THE THIRD JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF CHURCHILL

THORNE HUCK and YVONNE HUCK,

  Plaintiffs,

vs.

COUNTRYWIDE HOME LOANS, INC. a New York corporation, KUMUD PATEL, individually; COUNTRYWIDE FINANCIAL CORP., a Delaware corporation MERSCORP, INC. a Virginia corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a subsidiary of MERSCORP, INC., a Delaware corporation, [MERS]; BANK OF AMERICA CORPORATION, N.A.; RECONTRUST COMPANY, N.A.; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, [Partnerships, or anyone claiming any interest to the property described in the action.

  Defendants.

**NOTICE OF**

**LIS PENDENCE**

NOTICE IS HEREBY GIVEN that an action has been commenced <u>TO QUIET TITLE</u> in the above-entitled Court by the above-named Plaintiffs against the above-named Defendants to quiet the title for the premises and real estate in the Complaint in said action, and hereinafter described, and to determine all and every claim, estate or

Reno Hwy.
ox 1740
. Nevada 89406
75-867-5599
775-867-2559

1

interest therein of said Defendants, adverse to said Plaintiffs, and the premises affected by this suit are situated in the County of Churchill, State of Nevada, and are more particularly described as follows:

The action pertains to the following described property:

A parcel of real property at issue is located in Churchill County, State of Nevada.     The Subject property being described as:

A. Plaintiff: THORNE HUCK [Hereinafter Huck]:

(1) 1240 Eider Circle, Fallon, Nevada 89406
Lot 4 Block C OF MALLARD ESTATES SUBDIVISION UNIT #3, FILED IN THE CHURCHILL COUNTY RECORDERS OFFICE ON DECEMBER 5, 2005. AS DOCUMENT NO. 377132. OFFICIAL RECORDS CHURCHILL COUNTY NEVADA

SUBJECT TO THOSE CERTAIN COVENANTS CONDITIONS AND RESTRICTIONS RECORDED IN THE OFFICE OF THE CHURCHILL COUNTY RECORDER ON 31 JULY 1997 AS DOCUMENT NO. 307276

APN: 001-723-18

(2) 1238 EIDER CIRCLE, Fallon, Nevada 89406
The land referred to herein is situated in the State of Nevada, County of Churchill, described as follows:

Lot 3 Block C of MALLARD ESTATES SUBDIVISION UNIT #3 FILED IN THE CHURCHILL COUNTY RECORDERS OFFICE ON DECEMBER 5, 2005 AS DOCUMENT NO. 377132 OFFICIAL RECORDS CHURCHILL COUNTY, NEVADA

SUBJECT TO THOSE CERTAIN COVENANTS, CONDITIONS AND RESTRICTIONS RECORDED IN THE OFFICE OF THE CHURCHILL COUNTY RECORDER ON JULY 31, 1997 AS DOCUMENT NO. 307276.

APN: 001 723-22

///
///
///

DATED: This 21 day of August, 2009

                RICK LAWTON, ESQUIRE
                Attorney at Law
                5435 Reno Hwy.
                Fallon, Nevada 89406

By: _____
     RICK LAWTON, Esquire

3